IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 13-1893-SLR |
| FRESENIUS KABI USA, LLC, | ) ) ) |
|     Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of November, 2015, having reviewed the letter submissions of the above referenced parties regarding trial (D.I. 206, 207);

IT IS ORDERED that the court will not postpone trial pending the Federal Circuit's decision in Apotex's IPR appeal. Depending on the circumstances post-trial, the court may postpone rendering its decision until the Federal Circuit's decision issues to ensure there are no inconsistencies between the two, but the court is persuaded that the interests of justice are best served by completing the trial record so as to be poised to resolve the case as promptly as possible.

IT IS FURTHER ORDERED that trial shall start on Thursday, November 19, 2015 at 9:00 a.m., consistent with the alternate schedule provided to the parties at the pretrial conference.

                                                                                _/s/_____
                                                      United States District Judge