## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC., WYETH LLC, PFIZER PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, WYETH HOLDINGS LLC, and WYETH HOLDINGS CORPORATION, | ) ) ) ) ) ) ) | C.A. No. 13-1893 (SLR) (SRF) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FRESENIUS KABI USA, LLC, | ) ) | |
| Defendant. | ) | |

## STIPULATION REGARDING TRIAL PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel and subject to the approval of the Court, that the parties have agreed to resolve the following disputes presented in the Joint Pretrial Order, filed on October 14, 2015 (D.I. 199), as amended by the Stipulation Regarding Admitted Facts that Require No Proof, filed on October 16, 2015 (D.I. 202).

1. **Section V(b):** The parties stipulate to the authenticity of documents produced from the parties' own files where (1) there is a clear disclosure of one of the parties' employees as the author on the face of the proposed exhibit; (2) where the document is a regulatory submission or correspondence to or from the FDA; or (3) where the document does not satisfy either of the foregoing requirements but is attached to a cover email that meets these requirements.

2. **Section V(f):** The parties will exchange demonstrative exhibits to be used in the direct examination of a witness by 7:00 p.m. two days before the demonstrative will be used with a witness. Thus, demonstratives to be used on direct examination with a witness on Monday will be exchanged by Saturday at 7:00 p.m. Objections to such demonstrative exhibits will be

exchanged by 7:00 p.m. the day before the exhibit is to be used. The parties shall thereafter meet and confer by 9:30 p.m. to resolve any objections that same evening.

With respect to demonstrative exhibits to be used during opening statements, the parties shall exchange the demonstratives by 8:30 p.m., Wednesday, November 18, 2015. The parties shall thereafter meet and confer by 9:30 p.m. to resolve any objections that same evening.

**3. Section VI:  Deposition Designations:**  To the extent testimony is to be entered by deposition, the designating party shall identify its final affirmative designations by 7:00 p.m. on Saturday, November 21, 2015. The opposing party shall provide the designating party with any objections or counter-designations to the affirmative designations by 7:00 p.m. on Sunday, November 22, 2015. The parties shall thereafter meet and confer by 9:30 p.m. to resolve any objections that same evening. Any issues that remain will be raised with the Court on Monday, November 23, 2015. Pursuant to the Court's Order (D.I. 209), transcripts of the deposition testimony will be submitted to the Court on Tuesday, November 24, 2015.

**4. Section VI:  Order of Presentation:**  The parties agree that Dr. Mawdi Fawzi will testify concerning the background of the inventions claimed in the patents-in-suit. Fresenius Kabi will not object to documents or emails used during Dr. Fawzi's testimony on the basis that he is not personally an author or recipient of said documents and emails. Fresenius Kabi reserves the right to object to these documents and emails on grounds that would be available even if the author or recipient of the document was testifying. Fresenius Kabi additionally reserves the right to object to documents where Dr. Fawzi was not an author or recipient, but where Mr. Ofslager was an author or recipient.

**5. Section VI:  Disclosure of Exhibits:**  The parties will further give one another advance notice of the witnesses they intend to call, the order in which they will be called, and

exhibits that may be offered through a party's direct examination by 7:00 p.m. two nights before the witness will testify.  Thus, for example, the parties will provide notice of the witnesses they intend to call on Thursday by Tuesday at 7:00 p.m.  The opposing party shall identify any objections to such witness(es) and exhibits by 7:00 p.m. the following day (*i.e.*, the calendar day before the witness will testify).  The parties shall thereafter meet and confer by 9:30 p.m. to resolve any objections that same evening.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of November, 2015.

_____
United States District Judge