IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WYETH LLC, PFIZER PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, WYETH HOLDINGS LLC, and WYETH HOLDINGS CORPORATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>FRESENIUS KABI USA, LLC,<br><br>          Defendant. | C.A. No. 13-1893 (SLR) (SRF) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF Prism C.V., Pfizer Manufacturing Holdings LLC, Wyeth Holdings LLC , and Wyeth Holdings Corporation (collectively and severally, "Plaintiffs") as plaintiffs in Civil Action No. 13-1893, and Fresenius Kabi USA, LLC ("Defendant"), as defendant, by their attorneys, that

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendant are dismissed without prejudice.

(2) Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3) The parties waive any right of appeal from this Order.

(4) Each party shall bear its own costs and fees in the above-captioned actions.

2

(5) The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Fresenius.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| *Maryellen Noreika* | */s/ David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>dab@pgslaw.com<br>mch@pgslaw.com<br><br>*Attorneys for Defendant* |

SO ORDERED this ____ day of November, 2015.

_____
United States District Judge